# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LINZY BELLON,
                    Appellant,
                  vs.
BRIAN WILLIAMS, WARDEN HDSP,
                    Respondent.

No. 74067

**FILED**

NOV 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on September 15, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

_____

[1]We take no action on appellant's application to proceed in forma pauperis. The filing fee has already been waived.

17-37799

cc: Hon. Linda Marie Bell, District Judge
Robert Linzy Bellon
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A